1  NAVID SOLEYMANI, SBN 219190
       e-mail:  nsoleymani@proskauer.com
2  JENNIFER ROCHE, SBN 254538
       e-mail:  jroche@proskauer.com
3  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
4  Los Angeles, CA  90067-3206
   Telephone:   (310) 557-2900
5  Facsimile:    (310) 557-2193

6  Attorneys for Plaintiff
   ANTI-DEFAMATION LEAGUE
7

# JS-6

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                 WESTERN DIVISION

11

12  ANTI-DEFAMATION LEAGUE, a      )   Case No. CV-07-06528 ABC (AJWx)
    District of Columbia non-profit )
13  organization,                  )   Hon. Audrey B. Collins
                                    )
14              Plaintiff,          )   **JUDGMENT**
                                    )
15         against                  )
                                    )
16  BORIS PRIBICH, an individual,  )
                                    )
17              Defendant.          )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20                                  )
                                    )
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )

25

26

27

28

1    On August 22, 2008, the Court entered an order granting Plaintiff Anti-

2  Defamation League of B'nai B'rith's ("Plaintiff" or "ADL") Motion for Partial

3  Summary Judgment, as to ADL's claims for federal and state service mark

4  infringement and cybersquatting under the Anti-cybersquatting Consumer Protection

5  Act ("ACPA"), 15 U.S.C. § 1125(d) (the "Order").

6    On August 29, 2008, ADL filed a Notice Of Abandonment Of Claims Not

7  Addressed In The Court's Order Granting Partial Summary Judgment, stating that

8  ADL is abandoning any additional claims it may have beyond those addressed in the

9  Order.  Thus, entry of judgment is appropriate at this time.

10    Accordingly, the Court, having considered the papers and evidence filed, and

11  arguments made, in support of and in opposition to Plaintiff's Motion, the issues duly

12  having been heard, and decision duly having been rendered,

13    IT IS HEREBY ORDERED AND ADJUDGED:

14    A.    Judgment be entered in favor of ADL and against Pribich.

15    B.    Defendant Boris Pribich and his business partners, employees, servants,

16  representatives, agents, attorneys, successors and assignees, as well as all other

17  persons or entities in concert or participation with or on behalf of him who receive

18  actual notice thereof, jointly and severally (collectively, "Enjoined Parties") are

19  permanently restrained and enjoined from:

20    1.    registering, owning, operating, maintaining, purchasing, or

21    acquiring any Internet domain names or websites that contain any formulation

22    of the terms "ADL" or "Anti-Defamation League" in the domain name

23    address, regardless of capitalization of any individual letters or punctuation

24    included therein, including without limitation the following domain names:

25    <http://antidefamationleague.us>; <http://adlonline.us>; <http://adlnews.us>;

26    <http://adlintake.us>; <http://adladdress.us>; <http://adlinfo.us>;

27    <http://adlcontact.us>; <http://adlusa.us>; <http://adlwatch.com>;

28    <http://adlvusa.info>; <http://adlvadl.info> (collectively referred to as the

1

1      "Infringing Domain Names");

2          2.     registering, owning, operating, maintaining, purchasing, or

3 acquiring any Internet domain names or websites that contain or display the

4 ADL design mark, as described in U.S. Patent and Trademark Office Reg.

5 Nos. 1,776,315 (the "ADL Design Mark"), the "ADL" mark, or any mark that

6 is confusingly similar thereto, including without limitation the following

7 websites:  <http://killerjews.com>; <http://compuserb.com>;

8 <http://jewshate.com>; <http://jewsa.us>; <http://jewwatch.us>;

9 <http://jewwatchusa.com>; <http://americandefenseleague.com>;

10 <http://voteforusa.com>; <http://jewishconspiracies.com>;

11 <http://simivalleyjewsa.us>; <http://posseusa.org>; <http://sdlusa.com>;

12 <http://serbiandefenseleague.com>; <http://juryusa.org>;

13 <http://justiceusa.info>; <http://hatewatch.mobi> (collectively referred to as

14 the "Additional Infringing Websites");

15          3.     registering, owning, operating, maintaining, purchasing, or

16 acquiring any Internet domain names or websites that contain the terms

17 "ADL" or "Anti-Defamation League," regardless of capitalization of any

18 individual letters or punctuation included therein, in (i) buried, HTML, or

19 scripting code on a home page or web pages; (ii) metatags or keywords on a

20 home page or web pages; or (iii) in programs written in the Java programming

21 language that can be included in a home page or web pages;

22          4.     using, or facilitating the use of, any of ADL's marks, including the

23 terms "ADL" or "Anti-Defamation League" or the ADL Design Mark

24 (collectively, the "ADL Marks"), or any marks that are confusingly similar

25 thereto, in any media or publication in a manner that would cause likelihood of

26 confusion in the minds of the public with goods or services provided by ADL;

27          5.     holding themselves out as the "Anti-Defamation League," the

28 "ADL," or the "American Anti-Defamation League," or any other

2

7079/00017-167  Current/11918252v1

formulations that are confusingly similar to the ADL Marks;

6. otherwise registering, owning, operating, maintaining, purchasing, or acquiring any Internet domain names or websites in a manner likely to cause confusion in the minds of members of the public as to whether the domain names or websites are affiliated with ADL;

7. falsely stating, implying, or suggesting, on Internet websites or through any other media, that ADL supports, endorses, approves, or has an opinion about, any political candidate for any office; and

8. knowingly causing, engaging in, permitting, assisting, aiding, or abetting any person or entity to engage in any of the acts set forth above.

C.   In addition, Pribich is ordered to do all of the following:

1. Within seven (7) calendar days, transfer the Infringing Domain Names to ADL, as well as any other domain names he has registered or operates that contain the ADL Marks or confusingly similar marks in the domain name addresses;

2. Within seven (7) calendar days, remove the ADL Design Mark from the Additional Infringing Websites, as well as from any other domain names or websites that he has registered or operates;

3. Within seven (7) calendar days, deliver to ADL's counsel the complete, unedited, unaltered copies of all communications – other than those protected by the attorney-client privilege – that have been sent to or from the Enjoined Parties or posted to any website previously or presently owned, operated, or maintained by Pribich, which (i) mention or refer to ADL or the ADL Marks or (ii) are communications that were intended for ADL or relate to services provided by ADL.

4. Within thirty (30) calendar days, file a declaration under penalty of perjury with the Court that: (a) identifies all Internet domain names and websites which he has registered, owned, operated, maintained, purchased,

3

1   acquired, or trafficked in, or controlled, which contain the ADL Marks, and

2   (b) sets forth in detail the manner and form in which he has complied with the

3   terms of the injunction, as provided in 15 U.S.C. § 1116.

4       F.    Pribich is ordered to pay ADL forthwith the following sums:

5           1.    Statutory damages in the amount of $275,000;

6           2.    Attorneys' fees in an amount to be determined by the Court,

7   pursuant to 15 U.S.C. § 1117(a);

8           3.    ADL's costs of suit, as taxed by the Clerk.

9

10   Date:  September 2, 2008       _____

11                                         Hon Audrey B. Collins
                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

7079/00017-167  Current/11918252v1